*In re* Término para que se Presenten Comentarios y Recomendaciones al Proyecto de Reglas de Asuntos no Contenciosos ante Notario.

*Número:* EC-2001-01          *Resuelto:* 30 de marzo de 2001

## RESOLUCIÓN

La Ley de Asuntos No Contenciosos Ante Notario, Ley Núm. 282 de 21 de agosto de 1999, autorizó a los notarios y las notarias en Puerto Rico a atender, en forma concurrente con los tribunales, ciertos asuntos que antes de la aprobación de la ley se tramitaban exclusivamente en el foro judicial.

Encomendamos al Secretariado de la Conferencia Judicial y Notarial y a la Oficina de Inspección de Notarías, la revisión del Informe y Reglamentación sobre Jurisdicción Voluntaria, rendido por el Comité Asesor sobre Jurisdicción Voluntaria, con el propósito de conformar la reglamentación originalmente propuesta por dicho Comité a las disposiciones de la Ley de Asuntos No Contenciosos Ante Notario.

El Secretariado de la Conferencia Judicial y Notarial y la Oficina de Inspección de Notarías nos han presentado el Proyecto de Reglas de Asuntos No Contenciosos Ante Notario. Una vez examinado, se dispone lo siguiente:

1. Se concede un término de sesenta (60) días para que el Consejo Notarial del Colegio de Abogados de Puerto Rico, la Asociación de Notarios de Puerto Rico y cualquier abogado notario o abogada notaria sometan sus comentarios y recomendaciones por escrito en torno al Proyecto de Reglas sobre Asuntos No Contenciosos Ante Notario. El término aquí dispuesto comenzará a transcurrir a partir de la notificación de esta Resolución.

2. Se instruye a la Directora del Secretariado de la Conferencia Judicial y Notarial a que remita copia del Proyecto de Reglas sobre Asuntos No Contenciosos Ante Notario a las organizaciones antes señaladas y a los abogados notarios y las abogadas notarias que así lo soliciten.

3. Los comentarios y recomendaciones por escrito podrán ser entregados personalmente en la Oficina del Secretariado de la Conferencia Judicial y Notarial, localizada en el Tribunal Supremo de Puerto Rico, o enviados por correo a la dirección siguiente:

Secretariado de la Conferencia Judicial y Notarial
P.O. Box 9022392
San Juan, Puerto Rico 00902-2392

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*